AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

Eastern District of Kentucky
**F I L E D**

MAY 07 2014

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| United States of America<br>v.<br><br>David Powers<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)  Case No.  6:14-MJ-6015-HAI<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   02/20/14; & 12/23/13 thru 03/19/14   in the county of   Whitley   in the

Eastern   District of   Kentucky  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC § 922(g)(3) | Possession of a Firearm by an Unlawful Drug User |
| Title 21 USC § 846 | Conspiracy to Distribute a Controlled Substance (Methamphetamine) |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Todd E. Tremaine, Special Agent (ATF)
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   4/10/2014

_____
*Judge's signature*

City and state:    London, Kentucky

Hanly A. Ingram, United States Magistrate Judge
*Printed name and title*